IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

JOSHUA NORFLEET,

    Petitioner,

v.

WARDEN, OHIO STATE PENITENTIARY,

    Respondent.

Case No. 2:18–CV–834
Judge James l. Graham
Magistrate Judge Michael R. Merz

## ORDER

On April 17, 2019, the Magistrate Judge issued a *Report and Recommendation* ("R&R") recommending that the petition for a writ of habeas corpus under 28 U.S.C. § 2254 be dismissed. (ECF No. 16.) Although the parties were advised of the right to file objections to the R&R, and of the consequences of failing to do so, no objections have been filed. Therefore, the R&R (ECF No. 16) is **ADOPTED** and **AFFIRMED**. The petition is dismissed with prejudice. The Court further **DECLINES** to issue a certificate of appealability and **CERTIFIES** that any appeal would be objectively frivolous.

    **IT IS SO ORDERED.**

Date: May 14, 2019

    s/ James L. Graham
    JAMES L. GRAHAM, JUDGE
    UNITED STATES DISTRICT COURT